IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lawrence, Ralph R | Case Number: 08 B 10371 |
|---|---|---|
|  | Lawrence, Anmarie | Judge: Hollis, Pamela S |
|  | Printed: 9/3/08 | Filed: 4/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 765.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 715.27 |
| Trustee Fee: |  | 49.73 |
| Other Funds: |  | 0.00 |
| Totals: | 765.00 | 765.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 2,000.00 | 715.27 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 29,687.59 | 0.00 |
| 5. | Ocwen Loan Servicing LLC | Secured | 6,634.76 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 92.85 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 113.27 | 0.00 |
| 8. | Central Portfolio Control Inc | Unsecured |  | No Claim Filed |
| 9. | Aspire Visa | Unsecured |  | No Claim Filed |
| 10. | Village of Oak Park | Unsecured |  | No Claim Filed |
|  |  |  | $ 38,528.47 | $ 715.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 49.73 |
|  | $ 49.73 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lawrence, Ralph R  
         Lawrence, Anmarie  
         Printed:  9/3/08

Case Number:  08 B 10371  
Judge:  Hollis, Pamela S  
Filed:  4/25/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

         Marilyn O. Marshall, Trustee, by:

